```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**MICHAEL HENRY SMITH,**            :

    **Petitioner,**              :

**vs.**                             :   CIVIL ACTION 06-00159-WS-B

**MS. ADAMS,**                      :

    **Respondent.**              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE** this 29th day of September, 2009.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE