```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**MICHAEL HENRY SMITH,**            :

    **Petitioner,**              :

vs.                                 : CIVIL ACTION 06-00159-WS-B

**MS. ADAMS,**                       :

    **Respondent.**              :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE** this 29th day of September, 2009.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE